# Court of Appeals, State of Michigan

## ORDER

Daniel W Rudd v City of Norton Shores

Docket No.   343759; 344727

LC No.   17-004334-CZ

Kirsten Frank Kelly
Presiding Judge

Karen M. Fort Hood

James Robert Redford
Judges

The Court orders that the June 18, 2019 opinion is hereby AMENDED. The opinion contained the following clerical error: Page five, last paragraph, third sentence is corrected to read: Further, once it decided that the complaints were not exemptible as personnel records despite defendant's labeling them as such, the trial court did not have to conduct the public-interest balancing test.

In all other respects, the June 18, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 2 6 2019
Date

Chief Clerk